IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **TEDDY NAZARIO**<br><br>    Plaintiff<br><br>    v.<br><br>**EMPRESAS SEMYLLAS, INC., DOES 1-10 INCLUSIVE**<br><br>    Defendants | **CIVIL No. 3:18-cv-01309 (DRD)** |

### REQUEST FOR VOLUNTARY DISMISSAL

**TO THE HONORABLE COURT:**

COME NOW the Parties to this action, through their respective undersigned counsel, and, having agreed to resolve all disputes between them, jointly stipulate and request, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the Court enter final and unappealable judgment dismissing with prejudice this matter in its entirety and without the imposition of costs, expenses or attorneys' fees.

**WHEREFORE**, the parties respectfully request this Honorable Court to take notice of the above and enter final and unappealable judgment dismissing with prejudice the Complaint.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 31st day of August, 2018.

| | |
|---|---|
| **s/Jose Carlos Velez-Colón** <br> **Jose Carlos Velez-Colón, Esq.** <br> Attorney for Plaintiff <br> USDC-PR No.: 231014 <br> jcvelezcolon@gmail.com <br> PO Box 2013 <br> Bayamón, PR 00960 <br> Tel: (787) 599-9003 | **SCHUSTER AGUILÓ LLC** <br> Attorneys for Defendant <br> PO Box 363128 <br> San Juan, Puerto Rico 00936-3128 <br> Telephone: (787) 765-4646 <br> Telefax: (787) 765-4611 <br><br> **s/Erika Berríos Berríos** <br> **Erika Berríos Berríos** <br> USDC PR No. 227312 <br> eberrios@salawpr.com <br><br> **s/Ana Beatriz Rivera-Beltrán** <br> **Ana Beatriz Rivera-Beltrán** <br> USDC PR No. 230102 <br> arivera@salawpr.com |