IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Nazario-Torres,

**PLAINTIFF**,

**V.**

Empresas Semyllas, Inc. et al,

**DEFENDANTS**.

Civil No. 18-1309 (DRD)

## JUDGMENT

Pursuant to Plaintiff's *Request for Voluntary Dismissal* (Docket No. 11), the Court hereby **DISMISSES** the instant action **WITH PREJUDICE** and **WITHOUT** any imposition of costs, expenses or attorney's fees in compliance with Fed.R.Civ.P. 41(a)(1)(A)(i).

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 4th day of September, 2018.

S/ DANIEL R. DOMÍNGUEZ

DANIEL R. DOMÍNGUEZ
U.S. District Judge